UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| NIRAVKUMAR PATEL, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 3:23-CV-439-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL WITHOUT** |
| DIRECTOR OF UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | ) ) ) | **PREJUDICE** |
| | ) | |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on the parties' Stipulation of Dismissal [R. 8], dismissing each of Plaintiffs' claims against the Defendant in this matter and outlining certain terms related to the dismissal. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Stipulation of Dismissal was filed before the opposing party served either an answer or a motion for summary judgment.

Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket, with each party to bear its own costs and fees.

This the 18th day of October 2023.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of record